# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4051

_____

| | | |
|---|---|---|
| Ana Maria Painter, | * | |
| | * | |
| Appellant, | * | Appeal from the United |
| | * | States District Court for |
| v. | * | the Eastern District of |
| | * | Missouri |
| | * | |
| Golden Rule Insurance Company, | * | [UNPUBLISHED] |
| M.D. Care, Inc., and Group Health | * | |
| Plan for Employees of M.D. Care, Inc. | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  June 10, 1998
Filed:  July 17, 1998

_____

Before WOLLMAN and MURPHY, Circuit Judges, and KYLE, District Judge.[1]

_____

[1]    The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, sitting by designation.

PER CURIAM.

Ana Maria Painter appeals the district court's[2] adverse grant of summary judgment in her action raising claims of breach of contract, sexual discrimination, retaliation, and deinal of benefits under the Employee Retirement Income Security Act of 1974. Having carefully reviewed the record and the briefs submitted by the parties, we conclude that the district court did not err in granting summary judgment in favor of the defendants. Accordingly, we affirm the judgment of the district court based upon its well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

---

[2] The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

2